UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA, :

v. : Docket No. 3:04CR228 (WIG)

HOWARD A. LAWRENCE :

## ORDER FOR INSTALLMENT PAYMENTS

The parties having been heard and this matter having been fully considered, it is hereby ORDERED that in accordance with 28 U.S.C. Section 3204, that the Defendant, Howard A. Lawrence shall immediately commence regular monthly installment payments in the amount of $555.55 per month, commencing on April 20, 2007, and due on the 20th day of each and every month thereafter until the criminal fine imposed in this case has been paid in full. Defendant Lawrence shall make all checks payable to the "Clerk of Court," and mail them to the Clerk's Office, United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. Each check shall reference "Docket No. 3:04CR228 (WIG)."

In the event that Defendant Lawrence fails to comply with the payment terms of this ORDER, notice is hereby given that Howard A. Lawrence shall be subject to sanctions and/or held in contempt of this Court. Either party may file a motion to modify this Order at any time, based upon the financial situation of the Defendant, in accordance with 28 U.S.C. Section 3204(b).

SO ORDERED on this 20th day of March, 2007, at Bridgeport, Connecticut.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE